Lawrence S. HERMAN, D.C., Nachas, Inc., Jason H. Herman, Mitchell Chiropractic Center, and Thomas C. Mitchell, D.C., Petitioners,

v.

CAPITAL BLUE CROSS, INC., Respondent.

Supreme Court of Pennsylvania.

March 14, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED. It is also ordered that the Order of the Commonwealth Court is Vacated and the matter be Remanded to the Commonwealth Court for reconsideration in light of *Ciamaichelo v. Independence Blue Cross*, 589 Pa. 415, 909 A.2d 1211 (2006).

■

C.C.H. as Parent and Natural Guardian of T.G., A Minor and C.C.H. in Her Own Right, Petitioners,

v.

PHILADELPHIA PHILLIES, INC., Joseph Fabrizzo, John Scaruzzi, and Michael Ibbetson, Respondents.

Supreme Court of Pennsylvania.

March 14, 2007.

### ORDER

PER CURIAM.

AND NOW, this 14th day of March, 2007, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following question:

Whether the defense of consent is available in civil cases stemming from sexual contact with a minor under the age of 13 where the Legislature has precluded such defense by statute in criminal proceedings?